IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVIN WILLIAMS,** : | |
|         **Plaintiff,** : | |
| : | Civil Action |
| v. : | No. 14-2667 |
| : | |
| **OFFICER JOHN O'CONNOR, et al.,** : | |
|         **Defendants.** : | |

### Report of Rule 26(f) Meeting

In accordance with Federal Rule of Civil Procedure 26(f), counsel for the parties conferred on August 29, 2014, and submit the following report of their meeting for the Court's consideration:

    **1.**    **Discussion of Claims, Defenses and Relevant Issues**

This case arises from Plaintiff's allegations that City of Philadelphia Police Officer John O'Connor and Detective Donnell Hobbs, Jr., wrongfully searched him and selectively enforced the law against him on March 13, 2012. Plaintiff avers that the Defendants searched him in the Point Breeze neighborhood of Philadelphia without justification. During this search, the police allegedly found drugs and an illegal firearm.

The Defendants agree that Plaintiff was arrested based on a search conducted by police officers on March 13, 2012. However, the Defendants maintain that their search of Plaintiff was justified and deny that they conducted the search based on an arbitrary decision or an impermissible characteristic.

    **2.**    **Informal Disclosures**

Plaintiff made his initial disclosures on August 21, 2014, and the Defendants made their initial disclosures on August 20, 2014.

    **3.**    **Formal Discovery**

The Defendants have served Interrogatories and Requests for Production on Plaintiff, and the parties believe that they can complete discovery within 120 days of the Rule 16 pretrial conference. The parties do not believe that this case will require e-discovery. In addition to Interrogatories and Requests for Production, the parties anticipate taking approximately 4-6 depositions.

**4.     Expert Witness Disclosures**

At this time, the parties do not currently foresee a need for expert witnesses in this case.

**5.     Early Settlement or Resolution**

Although the parties are willing to consider a settlement conference with a magistrate judge, the parties would like to take depositions before deciding whether to participate in such a conference.

**6.     Trial**

The parties propose that the case be tried in April 2015.

**7.     Other Matters**

None at this time.

/s/ Graham Baird
*Attorney for Plaintiff*

/s/ Michael R. Miller
*Attorney for Defendants*