IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVIN WILLIAMS,<br><br>   *Plaintiff*,<br><br>v.<br><br>JOHN O'CONNER, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 14-02667 |

## AMENDED ORDER

**AND NOW**, this 22nd day of November, 2016, it is hereby **ORDERED** that the Final Pretrial Conference previously scheduled for December 5, 2016 has been **RESCHEDULED** to **DECEMBER 13, 2016 at 10:00 a.m.**, in Chambers, on the Fifth Floor, Room 5614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. A date certain for trial will be scheduled at the Final Pretrial Conference.

               BY THE COURT:

               */s/ Gerald J. Pappert*
               GERALD J. PAPPERT, J.