# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVIN WILLIAMS,<br><br>      *Plaintiff,*<br><br>v.<br><br>JOHN O'CONNOR, et al.,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 14-02667 |

## ORDER

**AND NOW**, this 2nd day of February, 2017, after considering the following motions and their responses, it is hereby **ORDERED** that:

1. ECF No. 39 is **GRANTED** in part and **DENIED** in part;
2. ECF No. 40 is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.